```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF ARKANSAS
                          HARRISON DIVISION
```

UNITED STATES OF AMERICA                                    PLAINTIFF

    v.            CASE NO. 08-30002

CHARLES MICHAEL BAKER                                       DEFENDANT

### AMENDED AND SUBSTITUTED ORDER

Currently before the Court is the defendant's **Unopposed Motion to Continue Video Conference (Doc. 55)**. Upon due consideration, the motion is **GRANTED**. The video-conference hearing scheduled for December 15, 2009, is hereby **CANCELLED** and will be rescheduled by a separate order. The Court finds that the ends of justice served by rescheduling the video conference to allow the defense expert sufficient time to evaluate the defendant and prepare for the hearing outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by the granting of defendant's motion is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and also excludable pursuant to 18 U.S.C. § 3161(h)(1)(A) & (4).

    IT IS SO ORDERED this 4th day of December, 2009.

                                                /s/ *Erin L. Setser*
                                                **HON. ERIN L. SETSER**
                                                **UNITED STATES MAGISTRATE JUDGE**