```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                    HARRISON DIVISION
```

UNITED STATES OF AMERICA                                PLAINTIFF

    v.            CASE NO. 08-30002

CHARLES MICHAEL BAKER                                   DEFENDANT

## O R D E R

On July 8, 2009, the Court entered an order finding that the defendant was not competent to proceed to trial. (Doc. 44) The defendant was committed to the Federal Medical Center in Butner, North Carolina, for treatment and to determine whether there was a substantial probability that in the foreseeable future he would attain the capacity to permit the proceedings to go forward.

In a report dated September 29, 2009, Staff Psychiatrist Ralph Newman recommended treatment with antipsychotic medication in an attempt to restore the defendant's competency. The Court conducted a hearing on the issue on October 20, 2009, and a supplemental hearing is scheduled for January 15, 2010. As the issue of restoration of defendant's competency is still under consideration, the defendant's commitment to the Butner facility shall continue for an additional reasonable period of time, not to exceed four months, to determine whether he should be forcibly medicated and whether his competency can be restored.

The United States District Court Clerk is directed to provide a certified copy of this order to:

    *   the United States Marshal's Service; and

```
*       Sarah Revell, Warden
        Federal Medical Center
        P.O. Box 1600
        Butner, NC 27509
```

IT IS SO ORDERED this 9th day of December, 2009.

<pre>
                                /S/JIMM LARRY HENDREN
                                JIMM LARRY HENDREN
                                UNITED STATES DISTRICT JUDGE
</pre>