```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                    HARRISON DIVISION
```

UNITED STATES OF AMERICA                                PLAINTIFF

    v.            CASE NO. 08-30002-001

CHARLES MICHAEL BAKER                                   DEFENDANT

### O R D E R

Now on this 5th day of January 2010, the above referenced matter comes on for this Court's consideration of the Report and Recommendation of United States Magistrate Judge Erin L. Setser, filed on December 30, 2009.

The Court, being well and sufficiently advised by counsel that plaintiff and defendant both waive the proscribed objection time and have no objections to the Report and Recommendation, finds that the Report and Recommendation should be, and it hereby is, adopted *in toto*.

**IT IS THEREFORE ORDERED:**

\* that for the reasons set forth therein, the Magistrate Judge's **Report and Recommendation** is **adopted *in toto***. The Court finds that the defendant remains incompetent to stand trial and that the Government has failed to demonstrate by clear and convincing evidence that involuntarily medicating the defendant in an attempt to restore his competence is warranted. Accordingly, the request to forcibly medicate the defendant is **DENIED**;

\* that pursuant to 18 U.S.C. § 4246, the director of the Federal Medical Center in Butner, North Carolina, is directed to

determine whether a certificate of dangerousness should be issued;

* that the defendant be detained at the Butner Facility pending this determination;

* that, should the medical center director determine that a such a certificate should be issued, the director shall, within 30 days from the date of receipt of the order ruling on this report and recommendation, transmit the certificate to the clerk of the court for the district in which the defendant is confined; and,

* that within 10 days thereafter, the Government is directed to file a status report with this Court, apprising the Court of whether or not a dangerousness certification has been made and whether it intends to dismiss the charges against the defendant.

**IT IS FURTHER ORDERED** that the United States District Clerk is directed to provide a certified copy of this order to:

```
Sarah Revell, Warden
Federal Medical Center
P.O. Box 1600
Butner, NC 27509
```

**IT IS SO ORDERED.**

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

# RETURN

*    Signature and Date of Receipt of Order by United States Marshal's Service:

   Date:

   _____

   Signature:

   _____


*    The defendant was delivered to the following facility for hospitalization:

   _____

   Date:

   _____

   Signature:

   _____