```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                    HARRISON DIVISION
```

UNITED STATES OF AMERICA                                      PLAINTIFF

    v.        CASE NO. 08-30002

CHARLES MICHAEL BAKER                                         DEFENDANT

## O R D E R

The defendant is currently committed to the Federal Medical Center in Butner, North Carolina.  Currently before the Court is an evaluation prepared by Dr. Ralph Newman regarding whether a certificate of dangerousness should be issued pursuant to 18 U.S.C. § 4246.  While this evaluation is under advisement by the Court and until further order of the Court, the defendant's commitment to the Butner facility shall continue.

The United States District Court Clerk is directed to provide a certified copy of this order to:

    *    the United States Marshal's Service; and

    *    Sarah Revell, Warden
         Federal Medical Center
         P.O. Box 1600
         Butner, NC 27509

IT IS SO ORDERED this 25th day of February, 2010.

                                  /S/JIMM LARRY HENDREN
                                  JIMM LARRY HENDREN
                                  UNITED STATES DISTRICT JUDGE