**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

v.        Criminal Case No. 08-30002

**CHARLES MICHAEL BAKER**                                                                      **DEFENDANT**

## O R D E R

Now on this 14th day of May, 2010, comes on for consideration the government's **Motion To Dismiss** (document #78), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**.

**IT IS THEREFORE ORDERED** that the Indictment in this matter is hereby **dismissed without prejudice** based on defendant's incompetency to stand trial.

**IT IS FURTHER ORDERED** that defendant be immediately released from incarceration at Federal Medical Center at Butner, North Carolina.

**IT IS FURTHER ORDERED** that the Clerk of Court direct a copy of this Order, both by facsimile and by U.S. Mail, to the Warden of Federal Medical Center, Butner, North Carolina.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jimm Larry Hendren
　　　　　　　　　　　　　　　　　　　　　　　　**JIMM LARRY HENDREN**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**