UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                          PLAINTIFF

        v.          CASE NO. 08-30002

CHARLES MICHAEL BAKER                             DEFENDANT

## O R D E R

Now on this 25th day of October 2010, the above referenced matter comes on for consideration of the Government's Motion for Authority to Destroy Evidence (document #80).  The Court, being well and sufficiently advised, finds and orders that the motion should be, and hereby is **granted**, and that the government is allowed to destroy the following listed firearms and ammunition presently held as evidence in this case:

a.    One Calwestco (Jennings) .22 caliber semi-automatic pistol, Serial #397885;

b.    One Springfield Armory Combination single shot .410 shotgun/.22 caliber long rifle, Serial # MC050941;

c.    One Pistol magazine containing six rounds of .22 long rifle ammunition and a nylon pouch containing 23 rounds of .22 long rifle ammunition;

d.    One nylon holster;

e.    Approximately 22 .410 shotgun shells (loose);

f.    Approximately 26 .410 shotgun shells in zip lock bag;

g.    Approximately 159 .22 long rifle ammunition rounds in a zip lock bag;

h.   Fifteen .22 long rifle ammunition rounds;

i.   Four .410 shotgun rounds taken from butt stock of combination shotgun/rifle.

IT IS SO ORDERED.


/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE